■ JOSEPH P. POMICHTER et al., Respondents, v NIAGARA MOHAWK POWER CORPORATION, Appellant. (Appeal No. 2.) [744 NYS2d 752] —Appeal from an order of Supreme Court, Erie County (Sedita, Jr., J.), entered June 1, 2001, which denied defendant's motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Smith v Catholic Med. Ctr., 155 AD2d 435, 435; see also CPLR 5501 [a] [1]). Present—Pine, J.P., Wisner, Kehoe, Gorski and Lawton, JJ.